CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 1 4 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| UNITED STATES OF AMERICA | : Case No. 2:05CR00022 |
|---|---|
| vs. | : |
| | : Violations: 29 U.S.C. § 501(c) |
| DARLENE PEGGY SHORTT | : |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. From on or about January 1999 through April 2003, in the Western District of Virginia and elsewhere, DARLENE PEGGY SHORTT, embezzled and unlawfully and willfully converted to her own use and the use of another, moneys and funds of a labor organization of which she was an officer.

2. From on or about January 1999 through April 2003, in the Western District of Virginia and elsewhere, DARLENE PEGGY SHORTT was President of the United Steelworkers of America Local 14459.

3. All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL, this _14th_ day of June, 2005.

/s/ Donna B. Fowlkes
Grand Jury Foreperson

/s/ John L. Brownlee / SKR
JOHN L. BROWNLEE
United States Attorney